IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-00097-MSK — MJW

---

WELLS FARGO BANK, N.A.,

        Plaintiff,

v.

CLYDE COFFEY, aka CLYDE ALAN COFFEY;
SANDRA BROWN, aka SANDRA KAYE BROWN;
ESTATE OF CAROL L. WARING through its Personal Representatives,
    MICHAEL P. MARION and MARK A. MARION;
UNITED STATES OF AMERICA, acting through the Rural Housing Service
    or Successor Agency;
UNITED STATES DEPARTMENT OF AGRICULTURE; and
ROSEMARY MURPHY, in her official capacity as the Public Trustee
    of Montrose County, Colorado,

        Defendants.

---

**ORDER GRANTING LEAVE TO AMEND COMPLAINT
PURSUANT TO FED. R. CIV. P. 15(a)(2)**
( Docket No. 7 )

---

COMES NOW THE COURT, on unopposed motion of Plaintiff, Wells Fargo Bank, N.A. ("Wells"), to Amend Complaint Pursuant to Fed. R. Civ. P. 15(a)(2) and being adequately advised as to the premises thereof, GRANTS leave to amend the complaint, and accepts the amended complaint ~~submitted~~ ( Docket No. 8 ) for filing as of the date of this order.

DONE this 7th day of February 2012.

BY THE COURT

*signature*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2 of 2

12 CV-00097-