IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-00097-MSK-MJW

WELLS FARGO BANK, N.A.,

       Plaintiff,

v.

CLYDE COFFEY, a/k/a Clyde Alan Coffey;
SANDRA BROWN, a/k/a Sandra Kaye Brown;
CAROL L. WARING;
UNITED STATES OF AMERICA, acting through the Rural Housing Service or Successor Agency;
UNITED STATES DEPARTMENT OF AGRICULTURE; and
ROSEMARY MURPHY, in her official capacity as the Public Trustee of Montrose County, Colorado,

       Defendants.

## ORDER APPROVING SETTLEMENT AGREEMENT

**THIS MATTER** comes before the Court on Plaintiff's Unopposed Verified Motion for Order (#30) seeking approval of a Stipulated Settlement Agreement ("Agreement") executed by the Plaintiff and by Defendant United States of America, acting through the Rural Housing Service or successor agency, and Defendant United States Department of Agriculture (the "Federal Defendants"). The parties have tendered the Agreement and represent that they have resolved all disputes between them. Having reviewed the motion and the Agreement, the Court hereby **APPROVES** the Agreement. It is further **ORDERED**:

    1.    The lien of the Federal Defendants dated November 21, 2006, and recorded on December 11, 2006, at Reception No. 764960 in the Montrose County records against the Property shall be junior and subordinate to Plaintiff's lien, dated

November 30, 2006, and Montrose County records, notwithstanding the order of recording.

2. The claims against the Federal Defendants are dismissed with prejudice.

3. Each party shall each bear its own attorney fees, costs and expenses.

Dated this 12th day of July, 2012

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge