## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  12-cv-00097-MSK          FTR - Courtroom A-502

**Date:**  August 27, 2012                    Courtroom Deputy, Ellen E. Miller

             *Parties*                              *Counsel*

WELLS FARGO BANK, N. A.,                      Randall M. Chin

        Plaintiff(s),

v.

CLYDE COFFEY, aka CLYDE ALAN COFFEY,          - - - -
SANDRA BROWN, aka SANDRA KAYE BROWN,
CAROL L. WARING,
UNITED STATES OF AMERICA, acting through the
Rural Housing Service or Successor Agency,
UNITED STATES DEPARTMENT OF
AGRICULTURE, and
ROSEMARY MURPHY, in her official capacity as the
Public Trustee of Montrose county, Colorado,

        Defendant(s).

---

### COURTROOM MINUTES / MINUTE ORDER

---

**HEARING**:   **MOTION   HEARING**
**Court in Session:**   11:04 a.m.
Court calls case.  Appearance of Plaintiff's counsel.  No one appears for any defendants.

Discussion is held regarding Plaintiff's Motion for Default Judgment [Docket No. 26, filed June 13, 2012].

**It is ORDERED:**       Plaintiff's  MOTION FOR DEFAULT JUDGMENT [Docket No. **26**]   is
                         **TAKEN  UNDER  ADVISEMENT.**
                         The court will issue its written Recommendation.


Hearing concluded.
**Court in recess:**  11:09 a.m.
Total In-Court Time 00: 05

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119 or    Toll Free   1-800-962-3345.