IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-00097-MSK-MJW

WELLS FARGO BANK, N.A.,

    Plaintiff,

v.

CLYDE COFFEY, a/k/a Clyde Alan Coffey;
SANDRA BROWN, a/k/a Sandra Kaye Brown;
CAROL L. WARING;
UNITED STATES OF AMERICA, acting through the Rural Housing Service or Successor Agency;
UNITED STATES DEPARTMENT OF AGRICULTURE; and
ROSEMARY MURPHY, in her official capacity as the Public Trustee of Montrose County, Colorado,

    Defendants.

## DECREE OF QUIET TITLE

COMES NOW the Court on motion of Plaintiff, Wells Fargo Bank, N.A. ("Wells"), pursuant to Fed.R.Civ.P. 55(b)(2) or entry of default judgment and a decree of quiet title, and being adequately advised FINDS, ORDERS AND DECREES as follows:

This is an in rem proceeding concerning real property located in the State of Colorado legally described as:

> **Lot 12, Earle Subdivision Replat as recorded May 30, 1985 in Plat Book 12 at Page 580, County of Montrose, State of Colorado**

(the "Property") commonly known as and numbered as 449 Earle Lane, Montrose, Colorado.

The Court enters default judgment in favor of Wells Fargo Bank, N.A. against defendants Clyde Coffey, aka Clyde Alan Coffey, Sandra Brown, aka Sandra Kaye Brown, and Estate of

Carol L. Waring through is Personal Representatives, Michael P. Marion and Mark A. Marion. The Court FINDS and DECREES pursuant to Colo.R.Civ.P. 105 that the Mortgage from Robert E. Waring, Sr. To Carol L. Waring, dated April 14, 1999 and recorded April 26, 1999 at Book 999, Page 891, reception no. 651182 of the County Records is discharged and released, and no longer constitutes a lien upon the Property, and that the Deed of Trust to the Public Trustee of Montrose County, Colorado encumbering the Property for the benefit of Wells Fargo Bank, N.A. dated November 30, 2006 and recorded December 13, 2006 at reception no. 765070 of the records of the clerk and recorder of Montrose County, Colorado is a valid lien superior to the interests, if any, of defendants Clyde Coffey, aka Clyde Alan Coffey, Sandra Brown, aka Sandra Kaye Brown, and Estate of Carol L. Waring.

DATED this 26th day of October, 2012.

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge